JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone: (559) 497-6132
Facsimile:  (559) 445-0156

Attorney for Defendant,
IVAN CARRILLO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Case No.  1:11-CR-00358 AWI |
| Plaintiff,                      ) | STIPULATION TO ADVANCE SENTENCING HEARING |
| v.                              ) | AND ORDER THEREON |
| IVAN CARRILLO,                  ) | DATE: April 9, 2012 |
|                                 ) | TIME:  10:00 a.m. |
|                                 ) | Courtroom Two |
| Defendant.                      ) | |
|                                 ) | HONORABLE ANTHONY W. ISHII |

Defendant, IVAN CARRILLO, through his counsel, John F. Garland and the United States of America, through its counsel, Benjamin B. Wagner, United States Attorney and Karen A. Escobar, Assistant United States Attorney, hereby stipulate to advance the defendant's sentencing hearing from April 23, 2012 to **April 9, 2012** at **10:00 a.m.**

United States Probation Officer Megan Pascual agrees to the advanced sentencing hearing date.

Dated: March 26, 2012                          /s/ John F. Garland
                                                John F. Garland
                                                Attorney for Defendant
                                                IVAN CARRILLO

Dated: March 26, 2012

Benjamin B. Wagner
United States Attorney

/s/ Karen A. Escobar
By: KAREN A. ESCOBAR
Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the sentencing hearing for defendant IVAN CARRILLO is advanced to April 9, 2012 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   March 26, 2012

CHIEF UNITED STATES DISTRICT JUDGE

2